**Opinion issued December 23, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-01013-CV**

———————————

**IN RE JEFFERY-JAMES DENNIS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On December 5, 2025, relator Jeffrey-James Dennis filed a petition for writ of mandamus seeking to compel the trial court to rule on relator's "Motion for Accounting" filed on November 17, 2025.[1] We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

---

[1] The underlying case is *Jeffrey-James Dennis v. Rocket Mortgage LLC, Fannie Mae, MERSCORP Holdings, Inc., et al.*, cause number 2024-29392, pending in the 164th District Court of Harris County, Texas, the Honorable C. Elliot Thornton presiding.